# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

140599

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CARLA WARD and GARY WARD,
      Plaintiffs-Appellants,

v

MICHIGAN STATE UNIVERSITY,
      Defendant-Appellee.

_____/

SC: 140599
COA: 281087
Ct of Claims: 05-000187-MZ

On order of the Court, the application for leave to appeal the January 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

h0620